UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shomaray Lane

                               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MJ 8735

Defendant __Shomaray Lane_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x_    Conference Before a Judicial Officer

(During a videoconference on December 21, 2020, Mr. Lane authorized Benjamin Gold to insert his electronic signature)

_Shomaray Lane_____        _Ben G_____
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Shomaray Lane_____        _Benjamin Gold_____
Print Defendant's Name                            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/22/2020_____        _Judith C. McCarthy_____
Date                                          U.S. District Judge/U.S. Magistrate Judge